ARP v. PARKDALE MILLS, INC.

[356 N.C. 657 (2003)]

RICHARD ARP, Employee v. PARKDALE MILLS, INCORPORATED, Employer,
CAMERON M. HARRIS & COMPANY, Third Party Administrator

No. 311A02

(Filed 28 February 2003)

**Workers' Compensation— injury while leaving work—climbing gate—unreasonable incidental activity—not arising out of and in course of employment**

The decision of the Court of Appeals in this case is reversed for the reasons stated in the dissenting opinion that injuries received by plaintiff when he fell while attempting to climb over a seven and one-half foot high locked chain link and barbed wire gate leading to an employee parking lot did not arise out of and in the course of his employment because he engaged in an unreasonable incidental activity for egress from the employer's premises when the employer provided a safe and secured exit and the premises exception to the coming and going rule thus did not apply.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 150 N.C. App. 266, 563 S.E.2d 62 (2002), affirming an opinion and award entered by the North Carolina Industrial Commission on 7 March 2001. Heard in the Supreme Court 4 December 2002.

*Grandy & Martin, PA, by Charles William Grandy, for plaintiff-appellee.*

*Alala Mullen Holland & Cooper, P.A., by H. Randolph Sumner and Jesse V. Bone, Jr., for defendant-appellants.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed and the case is remanded to the Court of Appeals for further remand to the North Carolina Industrial Commission for proceedings not inconsistent with the dissenting opinion.

REVERSED AND REMANDED.

Justice BRADY did not participate in the consideration or decision of this case.